Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Panteleon Ramirez Chavez | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 25-cv-965 |
| John Doe, et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.


Date: December 17, 2025                                MARY C. LOEWENGUTH
                                                      CLERK OF COURT

                                                      By: s/Jasmin
                                                           Deputy Clerk